**Order entered January 23, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00080-CR

**DIEGO ISAIAH HORTA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F18-47058-K**

## ORDER

Before the Court is appellant's January 18, 2019 motion for extension of time to file his notice of appeal. Appellant was convicted and sentenced on December 17, 2018, making his notice of appeal due on January 16, 2019. *See* TEX. R. APP. P. 26.2(a)(1). His notice of appeal was filed on January 18, 2019 in the trial court. Because appellant timely filed his motion to extend time to file his notice of appeal with this Court, we **GRANT** the motion and **ORDER** his notice of appeal timely filed. *See* TEX. R. APP. P. 26.3.

/s/    BILL PEDERSEN, III
        JUSTICE